UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCA VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No.: |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
UNDER THE FREEDOM OF INFORMATION ACT**

Plaintiff Blanca Valencia ("Plaintiff" or "Ms. Valencia"), through her undersigned counsel, brings this lawsuit against Defendant Federal Bureau of Prisons ("BOP" or "Defendant") for violation of the Freedom of Information Act ("FOIA" or the "Act"), 5 U.S.C. § 552, for failing to comply with the Act with respect to a FOIA request she issued seeking records related to her son Anthony Maseda, who died on March 12, 2024 at U.S.P. Coleman, a federal prison operated by Defendant. In support, Ms. Valencia alleges:

**Preliminary Statement**

1. The Act promotes government transparency and accountability by allowing members of the public to request documents and information from federal agencies. FOIA's commitment to these principles is reflected in both its substance

and its procedures. It requires "*full* agency disclosure unless information is exempted under clearly delineated statutory language," *U.S. Dep't Defense v. Fed. Labor Relations Auth.*, 510 U.S. 487, 495 (1994) (citations omitted) (emphasis supplied), and it mandates that the government move quickly: agencies have 20 business days to grant or deny a request, to explain their reasoning to the requestor, and to notify the requestor of the right to appeal an adverse decision, *see* 5 U.S.C. § 522(a)(6)(A)(i). In the case of "unusual circumstances," the agency may postpone such determination by an additional 10 business days. *See* 5 U.S.C. § 552(a)(6)(B)(i). For the reasons stated below, BOP has failed to comply with its obligations under the Act.

## Parties, Jurisdiction, Venue

2. Plaintiff Blanca Valencia resides in Clayton County, Georgia and is otherwise *sui juris*.

3. Defendant Federal Bureau of Prisons is an agency housed within the United States Department of Justice, with regional offices throughout the country. BOP maintains its Southeast Regional Office within this District, which office manages the affairs of the Coleman federal prison in Florida, which is operated by BOP through DOJ. BOP has possession, custody, and control of the records requested by Ms. Valencia.

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 522(a)(4)(B).

5. Venue is proper in this District under 28 U.S.C. § 1391(e)(1)(C).

## The FOIA Request – No. 2024-03696

6. On March 12, 2024, Anthony Maseda, Ms. Valencia's son, died in BOP's custody at the Coleman federal prison. The death certificate lists the death as a complication from influenza. He was 22 years old.

7. Ms. Valencia wants answers as to how her otherwise healthy 22-year-old son died in BOP's custody.

8. On May 15, 2024, Ms. Valencia, through counsel and pursuant to FOIA, requested documents from BOP related to her son, including the complete central file, all disciplinary and grievance records, all medical records, and all records related to her son's death. The records she sought—and still seeks—are in BOP's possession and subject to disclosure under FOIA.

9. On May 21, 2024, Ms. Valencia received a pro forma notification letter assigning her request a tracking number—No. 2024-03696—and identifying that the processing office was "SER" or Southeast Regional Office in Atlanta, Georgia. That letter did not deny or grant her request but merely informed her that the request was assigned a number and placed on the "complex" track.

10. Since then, Ms. Valencia has received no substantive response, records, or even an expected date of completion for this request.

**Cause of Action for Violation of 5 U.S.C. § 522(a)(6)(A)(i)**

Plaintiff Blanca Valencia incorporates and realleges paragraphs 1 through 10 above as if fully set forth herein.

11. Ms. Valencia has requested records in BOP's possession relating to her son Anthony Maseda.

12. The FOIA request was acknowledged by BOP on May 21, 2024.

13. Under 5 U.S.C. § 522(a)(6)(A)(i), each federal agency, upon receiving a FOIA request, "shall determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of its "determination and reasons therefor"; the right of the requestor "to seek assistance from the FOIA Public Liaison of the agency"; or, "in the case of an adverse determination," the right to appeal.

14. The 20-day deadline by which BOP was required to communicate its determination for the request—even with the additional 10 working days for "unusual circumstances"—has lapsed.

15. Ms. Valencia has a statutory right to the records she seeks and there is no basis for BOP to withhold them.

16. As a result, BOP has violated FOIA.

17. Under 5 U.S.C. § 522(a)(6)(C)(i), a requestor "shall be deemed to have exhausted h[er] administrative remedies with respect to such request if the agency fails to comply with . . . [FOIA's] applicable time limit provisions." Accordingly, Ms. Valencia has exhausted her administrative remedies.

## Requested Relief

Plaintiff Blanca Valencia respectfully requests:

A. Retain jurisdiction over this action to ensure that no agency records are wrongfully withheld;

B. Declare that BOP's failure to respond and produce the requested records is unlawful;

C. Declare that the Ms. Valencia is entitled to disclosure of the requested records;

D. Order BOP to immediately process and disclose all records responsive to the FOIA requests that are not specifically exempt from disclosure under FOIA;

E. Award reasonable attorney's fees and costs of litigation under 5 U.S.C. § 552(a)(4)(E); and

F. Grant all other relief that the Court deems just and proper.

Dated: July 2, 2024

        Respectfully submitted,

        **James M. Slater**
        Georgia Bar No. 169869
        Slater Legal PLLC
        2296 Henderson Mill Rd. N.E. #116
        Atlanta, GA 30345
        Tel. (404) 458-7283
        james@slater.legal

        *Attorneys for Plaintiff Blanca Valencia*