IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCA VALENCIA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No.<br>1:24-cv-02932-TWT |

**JOINT MOTION FOR RELIEF AND STAY OF LITIGATION DEADLINES
WITH SUPPORTING MEMORANDUM**

COMES NOW the Parties in the above-styled civil action, through undersigned counsel, to respectfully request relief from Local Rules 16.2 and 26.1, which would otherwise require them to file a Joint Preliminary Report and Initial Disclosures. The Parties further request a stay of all other litigation deadlines except as requested below. In support of this Motion, the Parties show the Court the following:

1. In this case, Blanca Valencia ("Plaintiff") claims that the Federal Bureau of Prisons ("Defendant") failed to comply with the Freedom of Information Act ("FOIA") with respect to her FOIA request, which sought records related to her son, Anthony Maseda, who died on March 12, 2024 at U.S.P. Coleman, a federal prison

operated by Defendant. *See* Doc. 1 (Complaint) at 1. Defendant's answer is currently due on August 7, 2024.

2. The Defendant is working to identify responsive records subject to the exemptions and other defenses available to it under FOIA. Once those records are identified, the Parties have agreed to a schedule whereby the Defendant will submit a production schedule to Plaintiff and the Court by November 7, 2024.

3. Because the Parties believe that discovery would be inappropriate, the Parties believe that allowing the Defendant time to identify a production schedule and submit it to Plaintiff is the most efficient way to proceed in this FOIA case while conserving judicial resources. Accordingly, the Parties request that the Defendant's response to Plaintiff's complaint be stayed until further notice. The Parties further request relief from Local Rules 16.2 and 26.1, which would otherwise require the Parties to file a Joint Preliminary Report and Initial Disclosures.

4. The Parties further request that all applicable litigation deadlines be stayed, with the exception of the deadlines for Cross Motions for Summary Judgment, which will be proposed in a briefing schedule by November 7, 2024.

5. The Court possesses a "great leeway in the application and enforcement of its local rules." *Ramsdell v. Bowles*, 64 F.3d 5, 7 (1st Cir. 1995) (internal quotations and citation omitted); *accord Barone v. Rich Bros. Interstate Display Fireworks Co.*, 25 F.3d 610, 611 n.2 (8th Cir. 1994) (also noting that it is for the district court to

determine what departures from its local rules may be granted). It is unnecessary and would be inefficient for the Parties to make these initial filings because this case can be resolved through Cross Motions for Summary Judgment.

6. In the event the Court grants the Parties' request for relief and stays all other litigation deadlines, including the Defendant's response to the Plaintiff's answer, the Defendant will submit a proposed production schedule, and work with Plaintiff to submit a joint briefing schedule for Cross Motions for Summary Judgment by November 7, 2024, for the Court's consideration.

WHEREFORE, the Parties pray that this Motion for Relief be granted and that all other deadlines be stayed except as to be outlined in the forthcoming proposed production schedule, and briefing schedule for Cross Motions for Summary Judgment.

Respectfully submitted this 7th day of August, 2024.

| | |
|---|---|
| JAMES M. SLATER | RYAN K. BUCHANAN |
| | UNITED STATES ATTORNEY |
| *s/James M. Slater* | *s/Melaine A. Williams* |
| _____ | _____ |
| (BY MAW W/ EXPRESS PERMISSION) | MELAINE A. WILLIAMS |
| JAMES M. SLATER | ASSISTANT U.S. ATTORNEY |
| SLATER LEGAL PLLC | GEORGIA BAR NO. 057307 |
| GEORGIA BAR NO. 169869 | 600 Richard B. Russell Bldg. |
| 2296 Henderson Mill Rd, N.E. #116 | 75 Ted Turner Drive, SW |
| Atlanta, Georgia 30345 | Atlanta, Georgia 30303 |
| (404) 458-7283 (Tel) | (404) 581-6063 (tel) |
| james@slater.legal | (404) 581-4667 (facsimile) |
| | melaine.williams@usdoj.gov |

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion and brief have been prepared using Book Antiqua, 13 point font.

/s/ Melaine A. Williams
MELAINE A. WILLIAMS
*Assistant United States Attorney*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to counsel of record:

This 7th day of August, 2024.

                                                  */s/ Melaine A. Williams*
                                                  MELAINE A. WILLIAMS
                                                  *Assistant United States Attorney*