IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCA VALENCIA,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        Defendant. | Civil Action No.<br>1:24-cv-02932-TWT |

## ORDER

Having read and considered the Joint Motion for Relief, and for good cause shown, it is hereby ORDERED that the Parties' obligations to comply with Local Rules 16.2 and 26.1 shall be stayed along with all applicable litigation deadlines pending briefing and resolution of the Parties' Cross Motions for Summary Judgment.

In addition, the Defendant's obligation to respond to Plaintiff's Complaint [Doc. 1] is hereby stayed until further notice.  Defendant shall submit a production schedule to Plaintiff and work with Plaintiff to submit a proposed briefing schedule for filing Cross Motions for Summary Judgment by November 7, 2024.

**IT IS SO ORDERED THIS \_\_\_\_\_DAY OF _____, 2024.**

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*S/Melaine A. Williams*

_____
MELAINE A. WILLIAMS
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 057307
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6063 (tel)
(404) 581-4667 (facsimile)

Attorney for Defendant

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

*S/Melaine A. Williams*
_____
MELAINE A. WILLIAMS
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on August 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the counsel of record:

This 7th day of August, 2024.

*S/Melaine A. Williams*
_____
MELAINE A. WILLIAMS
Assistant U.S. Attorney
