IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCA VALENCIA,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        Defendant. | Civil Action No.<br>1:24-cv-02932-TWT |

## ORDER

Having read and considered the Joint Motion for Relief, and for good cause shown, it is hereby ORDERED that the Parties' obligations to comply with Local Rules 16.2 and 26.1 shall be stayed along with all applicable litigation deadlines pending briefing and resolution of the Parties' Cross Motions for Summary Judgment.

In addition, the Defendant's obligation to respond to Plaintiff's Complaint [Doc. 1] is hereby stayed until further notice. Defendant shall submit a production schedule to Plaintiff and work with Plaintiff to submit a proposed briefing schedule for filing Cross Motions for Summary Judgment by November 7, 2024.

**IT IS SO ORDERED THIS** __12th__ **DAY OF** __August__, **2024.**

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE