IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCA VALENCIA<br><br>PLAINTIFF,<br><br>*v.*<br><br>FEDERAL BUREAU OF PRISONS,<br><br>DEFENDANT. | Civil Action No.<br>1:24-cv-02932-TWT |

**JOINT MOTION FOR RELIEF AND EXTENSION
WITH SUPPORTING MEMORANDUM**

COME NOW the Parties in the above-styled civil action, through undersigned counsel, to jointly request relief from their obligation to submit a proposed briefing schedule for filing Cross Motions for Summary Judgment. The Parties further request an extension of time until December 7, 2024, to either submit a status report or stipulation of dismissal.[1]  In support of this Motion, the Parties show the Court the following:

    1.    In this case, Blanca Valencia ("Plaintiff") claims that the Federal Bureau of Prisons ("Defendant") failed to comply with the Freedom of

---

[1] The Parties further request that the Court continue to stay all other litigation deadlines pursuant to its Order, dated August 12, 2024.  Doc. 6.

Information Act ("FOIA") with respect to her FOIA request, which sought records related to her son, Anthony Maseda, who died on March 12, 2024 at U.S.P. Coleman, a federal prison operated by Defendant. *See* Doc. 1 (Complaint). On August 7, 2024, the Parties moved for a stay of all applicable litigation deadlines pending briefing and resolution of the Parties' Cross Motions for Summary Judgment. Doc. 5. The Defendant also requested that the obligation to respond to Plaintiff's complaint be stayed until further notice. *Id.*

2.    On August 12, 2024, the Court granted the Parties' request and stayed Defendant's obligation to respond to Plaintiff's complaint until further notice. Doc. 6. The Court also ordered Defendant to submit a production schedule to Plaintiff and work with Plaintiff to submit a proposed briefing schedule for filing Cross Motions for Summary Judgment by November 7, 2024. *Id.*

3.    Since August 12, 2024, the Defendant located 973 pages in response to Plaintiff's request, and notified Plaintiff's counsel that it would produce two sets of responsive documents at a rate of 500 pages per month, subject to the applicable exemptions and defenses under FOIA. The first productions occurred on October 4, 2024, and the second on November 5, 2024, in accordance with Defendant's production schedule. Plaintiff's counsel has received both productions, and has no objections to the production.

Accordingly, the Parties agree that no summary judgment briefing is necessary, and request to be relieved of their obligation to submit a proposed briefing schedule for Cross Motions for Summary Judgment.

4.    The Parties are currently engaged in discussions regarding Plaintiff's request for costs.  They respectfully request a brief extension, until December 7, 2024, to finalize this process.  If the extension is granted, the Parties intend to finalize this process and either file a stipulation of dismissal or a status report with the Court by December 7, 2024.

WHEREFORE, the Parties request relief from their obligation to submit a proposed briefing schedule for Cross Motions for Summary Judgment.  The Parties further request an extension, until December 7, 2024, to either file a stipulation of dismissal or a status report with the Court.

Respectfully submitted this 7th day of November, 2024.

JAMES M. SLATER

S/JAMES M. SLATER
_____
(BY MAW W/ EXPRESS PERMISSION)
JAMES M. SLATER
SLATER LEGAL PLLC
GEORGIA BAR NO. 169869
2296 Henderson Mill Rd, N.E. #116
Atlanta, Georgia 30345
(404) 458-7283 (Tel)
james@slater.legal

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

S/MELAINE A. WILLIAMS
_____
MELAINE A. WILLIAMS
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 057307
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6063 (tel)
(404) 581-4667 (facsimile)
melaine.williams@usdoj.gov

3

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion and brief have been prepared using Book Antiqua, 13 point font.

*/s/ MELAINE A. WILLIAMS*

MELAINE A. WILLIAMS
*Assistant United States Attorney*

**CERTIFICATE OF SERVICE**

I certify that on November 7, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will automatically send email

notification of such filing to counsel of record:

This 7th day of November, 2024.

/s/ MELAINE A. WILLIAMS
MELAINE A. WILLIAMS
*Assistant United States Attorney*