IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCA VALENCIA,<br><br>      Plaintiff,<br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>      Defendant. | Civil Action No.<br>1:24-cv-02932-TWT |

## ORDER

Having read and considered the Joint Motion for Relief, and for good cause shown, it is hereby ORDERED that the Parties are relieved from their obligation to file a proposed briefing schedule for Cross Motions for Summary Judgment by November 7, 2024.

It is HEREBY FURTHER ORDERED that the Parties shall have until December 7, 2024, to either file a status report or a stipulation of dismissal.

**IT IS SO ORDERED THIS** __8th__ **DAY OF** __November__**, 2024.**

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE