IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLANCA VALENCIA,<br><br>　　　　PLAINTIFF,<br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　DEFENDANT. | Civil Action No.<br>1:24-cv-02932-TWT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 4th day of December, 2024.

| | |
|---|---|
| JAMES M. SLATER | RYAN K. BUCHANAN<br>UNITED STATES ATTORNEY |
| *s/JAMES M. SLATER* | *s/MELAINE A. WILLIAMS* |
| _____ | _____ |
| (BY MAW W/ EXPRESS PERMISSION)<br>JAMES M. SLATER<br>SLATER LEGAL PLLC<br>GEORGIA BAR NO. 169869<br>2296 Henderson Mill Rd, N.E. #116<br>Atlanta, Georgia 30345<br>(404) 458-7283 (Tel)<br>james@slater.legal | MELAINE A. WILLIAMS<br>ASSISTANT U.S. ATTORNEY<br>GEORGIA BAR NO. 057307<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303<br>(404) 581-6063 (tel)<br>melaine.williams@usdoj.gov |
| *Attorney for Plaintiff* | *Attorney for Federal Bureau of Prisons* |

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion and brief have been prepared using Book Antiqua, 13 point font.

*/s/ Melaine A. Williams*
MELAINE A. WILLIAMS
*Assistant United States Attorney*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to counsel of record:

This 4th day of December, 2024.

*/s/ Melaine A. Williams*
MELAINE A. WILLIAMS
*Assistant United States Attorney*
